IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION



2015 JUN 29 PM 1:53

| | |
|---|---|
| Randy Johnson, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Navient Solutions Inc., f/k/a Sallie Mae, Inc.,<br><br>    Defendant. | Case No. 15-cv-0716-LJM-MJD |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Navient Solutions, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

1.   I am currently admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following jurisdiction(s): Admitted to the state bar of Illinois on October 31, 2013 (State Bar No. 6312607); the Northern District of Illinois on December 30, 2013; and the Court of Appeals for the Federal Circuit on May 30, 2014.

2.   I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state of the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Date: June 26, 2015

Respectfully submitted,

By: /s/ David M. Cummings
David M. Cummings

Vedder Price, P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 (312) 609 7894
F: +1 (312) 609 5005
dcummings@vedderprice.com
Attorney for Navient Solutions, Inc.

## CERTIFICATE OF SERVICE

I certify that on June 26, 2015 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd.
Suite 405
Los Angeles, CA 90025
T: (323) 988-2400
F: (866) 861-1390
rlee@consumerlawcenter.com

Aaron D. Radbil
Greenwald Davidson PLLC
106 East Sixth Street
Suite 913
Austin, TX 78701
T: (512) 322-3912
F: (561) 826-5477
aradbil@gdrlawfirm.com

David M. Cummings

Vedder Price, P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 (312) 609 7894
F: +1 (312) 609 5005
dcummings@vedderprice.com