# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

Randy Johnson, *on behalf of himself
and others similarly situated*,

   Plaintiff,

  v.              Case No. 1:15-cv-00716-LJM-MJD

Navient Solutions Inc.,
f/k/a Sallie Mae, Inc.

   Defendant.

## PLAINTIFF'S MOTION TO STAY RULING ON HIS MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

On May 4, 2015, Randy Johnson ("Plaintiff") filed his class action complaint against Navient Solutions, Inc., f/k/a Sallie Mae, Inc. ("Defendant"). Doc. 1. On July 14, 2015, Plaintiff filed his motion for class certification and appointment of class counsel. Doc. 13.

In line with the Seventh Circuit's direction in *Damasco v. Clearwire Corp.*, Plaintiff now files his motion to stay ruling on his motion for class certification and appointment of class counsel:

> Class-action plaintiffs can move to certify the class at the same time that they file their complaint. The pendency of that motion protects a putative class from attempts to buy off the named plaintiffs. Damasco argues that this solution would provoke plaintiffs to move for certification prematurely, before they have fully developed or discovered the facts necessary to obtain certification. But this objection is unpersuasive. If the parties have yet to fully develop the facts needed for certification, then they can also ask the district court to delay its ruling to provide time for additional discovery or investigation. In a variety of other contexts, we have allowed plaintiffs to request stays after filing suit in order to allow them to complete essential activities. Moreover, this procedure comports with Federal Rule of Civil Procedure 23(c)(1)(A), which permits district courts to wait until 'an early practicable time' before ruling on a motion to certify a class.

662 F.3d 891, 896 (7th Cir. 2011).

Because the parties have not yet begun to engage in any formal discovery, and since it is sometimes necessary for a court to "probe behind the pleadings before coming to rest on the certification question," *Gen. Tel. Co. of Sw. v. Falcon*, 457 U.S. 147, 160 (1982), Plaintiff respectfully requests that this Court stay ruling on his motion for class certification and appointment of class counsel until such time as Plaintiff has had the opportunity to conduct and complete the discovery related to his request.

Date: July 14, 2015

Respectfully Submitted,

/s/ Ryan Lee
Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd.
Suite 405
Los Angeles, CA 90025
(323) 988-2400 x241
(866) 861-1390 (fax)
rlee@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on July 14, 2015, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Ryan Lee
Ryan Lee