UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 1:15-cv-00716-LJM-MJD ) ) |
| NAVIENT SOLUTIONS, INC. formerly known as SALLIE MAE, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY RULING ON HIS MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

This Court, having considered Plaintiff's motion to stay ruling on his motion for class certification and appointment of class counsel, [Docket No. 14], hereby GRANTS the motion. Briefing on Plaintiff's motion for class certification and appointment of class counsel, [Docket No. 13], is hereby STAYED.

Date: 07/21/2015

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution: Electronically Registered Counsel