UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Randy Johnson, *on behalf of himself*
*and others similarly situated*,

        Plaintiff,

v.                                    Case No. 1:15-cv-00716-LJM-MJD

Navient Solutions Inc.,
f/k/a Sallie Mae, Inc.

        Defendant.

### PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Pursuant to this Court's August 17, 2015 order directing that "Plaintiff shall file preliminary witness and exhibit lists on or before September 11, 2015," *see* Doc. 22 at 2, Section III.B, Plaintiff submits the following preliminary witness and exhibit lists.

Plaintiff notes, however, that the per this Court's August 17, 2015 order, which directed the parties to "serve their Fed. R. Civ. P. 26 initial disclosures on or before September 4, 2015," *id*., Section III.A, the parties exchanged initial disclosure only one week ago.

Plaintiff additionally notes that Defendant served answers and responses to his initial discovery requests only a week ago, and that Plaintiff has not yet had the opportunity to review in detail the documents that Defendant provided.

Plaintiff further notes that no depositions have yet taken place.

### Preliminary Witness List

Plaintiff's preliminary witness list is as follows:

- Randy Johnson;

- Patricia Peterson

- Defendant's designated corporate representative(s);

1

- Defendant's current and former employees;
- Telephone service provider representatives;
- Records custodians;
- Expert witnesses.

Plaintiff reserves the right to supplement this preliminary witness list.

## Preliminary Exhibit List

Plaintiff's preliminary exhibit list is as follows:

- Documents initially disclosed and produced by Plaintiff;
- Documents initially disclosed and produced by Defendant;
- Pleadings;
- Expert witness reports and materials;
- Deposition transcripts.

Plaintiff reserves the right to supplement this preliminary exhibit list.

Date: September 11, 2015         /s/ Aaron D. Radbil
                                 Aaron D. Radbil
                                 Greenwald Davidson Radbil PLLC
                                 106 East Sixth Street
                                 Austin, Texas 78701
                                 Phone: (512) 322-3912
                                 Fax: (561) 961-5684
                                 aradbil@gdrlawfirm.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on September 11, 2015, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record, including:

Lisa M. Simonetti
Vedder Price P.C.
1925 Century Park East,
Suite 1900
Los Angeles, CA 90067
lsimonetti@vedderprice.com

                                 /s/ Aaron D. Radbil
                                 Aaron D. Radbil

3