UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:15-cv-00716-LJM-MJD |
| | ) |
| NAVIENT SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

**MINUTE ENTRY FOR SEPTEMBER 18, 2015**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery. Without opposition, Plaintiff orally moved to withdraw his motion for class certification and the appointment of class counsel [Dkt. 13]; the Clerk will show that motion as **WITHDRAWN**, without prejudice to Plaintiff's right to move to certify a class action at a later date.

This matter is scheduled for a telephonic status conference on **Tuesday, October 20, 2015 at 3:20 p.m.** to discuss readiness to proceed with the settlement conference scheduled for November 16, 2015. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 09/18/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.