UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-00716-LJM-MJD |
| ) | |
| NAVIENT SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

### MINUTE ENTRY FOR OCTOBER 20, 2015
### STATUS CONFERENCE
### HON. MARK J. DINSMORE, MAGISTRATE JUDGE

The parties appeared by telephone for a Status Conference. The parties discussed the status of discovery and are still working though issues Plaintiff has with Defendant's discovery responses.

Any motion to certify any class in this matter shall be filed on or before **March 7, 2016.**

The parties further discussed the Joint Motion to Vacate the Settlement Conference [Dkt. 30] which the Court will **GRANT IN PART** and **DENY IN PART**; the Court hereby **CONTINUES** the settlement conference to **June 29, 2016 at 9:00 a.m.** in room 257. All other requirements of the Court's order dated 8/17/2015 [Dkt. 20] remain in effect.

This matter is scheduled for a telephonic status conference on **Wednesday, November 4, 2015 at 4:20 p.m.** to discuss case status. Counsel shall attend the status conference by calling

the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 21 OCT 2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.