UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Randy Johnson, *on behalf of himself*
*and others similarly situated*,

       Plaintiff,

   v.                             Case No. 1:15-cv-00716-LJM-MJD

Navient Solutions Inc.,
f/k/a Sallie Mae, Inc.

       Defendant.

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY JESSE S. JOHNSON**

Michael L. Greenwald of the law firm Greenwald Davidson Radbil PLLC, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Jesse S. Johnson of Greenwald Davidson Radbil PLLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Randy Johnson in the above-styled cause only.  In support of this motion, the undersigned states:

    1.  The Certification of Jesse S. Johnson, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

    2.  Electronic payment in the amount of Thirty Dollars ($30.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Jesse S. Johnson leave to appear *pro hac vice* for purposes of this cause only.

Dated: December 18, 2015

                                              Respectfully submitted,

                                              /s Michael L. Greenwald
                                            Michael L. Greenwald
                                            Greenwald Davidson Radbil PLLC
                                            5550 Glades Road, Suite 500

Boca Raton, Florida 33431  
Tel. (561) 826-5477  
Fax (561) 961-5684  
mgreenwald@gdrlawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 18, 2015, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Jesse S. Johnson was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/ Michael L. Greenwald  
Michael L. Greenwald