IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2015 DEC 28 PM 5: 24

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

RANDY JOHNSON, on behalf of himself and others similarly situated,

Plaintiff,

vs.

NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC.,

Defendant.

Case No. 1:15-cv-0716 LJM-MJD

## MOTION TO APPEAR PRO HAC VICE

Pursuant to S.D. Ind. Local Rule 83-6(a), the undersigned counsel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of defendant Navient Solutions, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

1. I am currently admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following jurisdictions: Supreme Court of Illinois, United States District Court for the Northern District of Illinois, United States District Court for the Central District of Illinois, United States District Court for the Northern District of Florida, United States Circuit Court of Appeals for the Second Circuit, and United States Circuit Court of Appeals for the District of Columbia Circuit.

2. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state of the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: December 23, 2015         Respectfully submitted,

                                 By: _____
                                     Bryan K. Clark

                                 Vedder Price, P.C.
                                 222 North LaSalle Street
                                 Chicago, IL 60601
                                 (312)609-7532
                                 (312)609-5005 (fax)
                                 bclark@vedderprice.com

## **CERTIFICATE OF SERVICE**

I certify that on December 23, 2015, a copy of the foregoing was mailed by first-class U.S. Mail to the following parties of record:

Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025

Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, TX 78701

Michael L. Greenwald
Jesse S. Johnson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431

On December 23, 2015                             Bryan K. Clark