UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:15-cv-00716-LJM-MJD |
| | ) |
| NAVIENT SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

**MINUTE ENTRY FOR FEBRUARY 18, 2016**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel telephonically for a Status Conference. The parties discussed issues relating to discovery, the motion to certify a class, and moving the date of the settlement conference. Accordingly, the settlement conference scheduled for June 29, 2016 is rescheduled to **May 17, 2016 at 9:00 a.m. (Eastern) in room 257**. On or before **February 25, 2016**, the parties are to file any motion seeking to continue the settlement conference. All other requirements of the Court's order dated 8/17/2015 [Dkt. 20] remain in full force and effect.

In order to allow work on any dispositive motions to be deferred until after the May 17, 2016 settlement conference, the Court hereby amends paragraph IV(B) of the parties' approved Case Management Plan as amended [Dkts. 22 & 44] as follows:

> B. Dispositive motions are expected and shall be filed by **June 3, 2016**; non-expert witness discovery and discovery relating to liability issues shall be completed by **May 4, 2016**; expert witness discovery and discovery relating to damages shall be completed by **July 29, 2016**.

All other requirements of the parties' approved Case Management Plan as amended [Dkts. 22 & 44] remain in effect.

This matter is scheduled for a telephonic status conference on **Friday, February 26, 2016 at 2:00 p.m. (Eastern)** to discuss the parties' supplemental joint report on the status of discovery due February 22, 2016. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 19 FEB 2016

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.