IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC.,<br><br>    Defendant. | Case No. 1:15-cv-0716 LJM-MJD |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BRIEFING
ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendant Navient Solutions, Inc. ("Defendant"), by and through undersigned counsel, hereby presents this Unopposed Motion for Extension of Time for Briefing on Plaintiff's Motion for Class Certification (the "Motion"), and in support states as follows:

1. On March 7, 2016, Plaintiff filed his motion for class certification.

2. Pursuant to S.D. Ind. Local Rule 7-1(c)(2), Defendant's response brief is currently due March 21, 2016, and Plaintiff's reply brief is due March 28, 2016.

3. Pursuant to the Court's Order of February 19, 2016, this case is set for a settlement conference on May 17, 2016, at 9:00 a.m.

4. Good cause exists to extend these deadlines pursuant to S.D. Ind. Local Rule 7-1(c)(3) because the interests of efficiency and judicial economy are best served by conducting the settlement conference before the parties expend additional time and resources fully briefing Plaintiff's motion for class certification.

5. Counsel for Defendant has conferred with counsel for Plaintiff, who agrees that the requested extensions are in the best interest of the parties and the Court. Per that agreement,

if the case is not resolved at the settlement conference, the Defendant's response would be filed May 24, 2016, and Plaintiff's reply would be filed June 14, 2016.

6. Alternatively, if the Court is not willing to grant an extension until after the settlement conference, good cause still exists to provide a shorter extension of these deadlines pursuant to S.D. Ind. Local Rule 7-1(c)(3) because the question of class certification involves complicated issues of fact and law that require additional time to fully analyze. It is particularly reasonable for Defendant to be granted additional time in light of the fact that it is responding to a motion that Plaintiff has had several months to plan and draft.

7. Counsel for Defendant has conferred with counsel for Plaintiff, who agrees that the requested extensions are in the best interest of the parties and the Court. Per that agreement, the Defendant's response would be filed April 20, 2016, and Plaintiff's reply would be filed May 11, 2016, if the Court is unwilling to extend the briefing schedule until after the settlement conference.

WHEREFORE, Defendant respectfully requests the entry of an Order extending the response deadline until **May 24, 2016,** and the reply deadline until **June 14, 2016**. Alternatively, Defendant requests the entry of an Order extending the response deadline until April 20, 2016, and the reply deadline until May 11, 2016.

| | |
|---|---|
| Dated: March 8, 2016 | Respectfully submitted, |

By:    /s/ Lisa M. Simonetti

Lisa M. Simonetti
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: (424) 204-7700
F: (424) 204-7702
lsimonetti@vedderprice.com

Bryan K. Clark
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: (312) 609-7500
F: (312) 609-5005
bclark@vedderprice.com

Attorneys for Defendant
NAVIENT SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BRIEFING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all attorneys of record.

On  March 8, 2016                                                     /s/ Lisa M. Simonetti