IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC.,<br><br>    Defendant. | Case No. 1:15-cv-0716 LJM-MJD |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BRIEFING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

This cause coming to be heard on the Unopposed Motion for Extension of Time for Briefing on Plaintiff's Motion for Class Certification, due notice having been given, and the Court advised of the premises, IT IS HEREBY ORDERED:

1. The Motion for Extension of Time is granted;

2. Defendant's response deadline is extended until **May 24, 2016,** and Plaintiff's reply deadline is extended until **June 14, 2016**.

Date: March 9, 2016

                                              LARRY J. McKINNEY, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distribution: Electronically Registered Counsel