# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC.,<br><br>Defendant. | Case No. 1:15-cv-0716 LJM-MJD |

## JOINT MOTION FOR BRIEFING SCHEDULE ON
## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Defendant Navient Solutions, Inc. ("Defendant"), by and through undersigned counsel, hereby presents this Joint Motion for Briefing Schedule on Motion for Class Certification (the "Motion"), and in support states as follows:

1. On March 7, 2016, plaintiff Randy Johnson ("Plaintiff") filed his motion for class certification.

2. Pursuant to this Court's March 9, 2016 Order, Defendant's opposition is due on May 24, 2016, and Plaintiff's reply is due on June 14, 2016.

3. Good cause exists to extend these deadlines pursuant to S.D. Ind. Local Rule 7-1(c)(3) because Plaintiff filed a declaration from a proposed expert witness with the Motion, and Defendant is scheduled to take the deposition of Plaintiff's expert on May 25, 2016, a day after Defendant's Opposition is due. This was the earliest open date for Plaintiff's counsel, the proposed expert and Defendant's counsel.

4. Counsel for Defendant has conferred with counsel for Plaintiff, who agrees that the requested extensions are in the best interest of the parties and the Court. Per that agreement,

the Defendant's Opposition would be filed on June 15, 2016, and Plaintiff's Reply would be filed on July 13, 2016.

WHEREFORE, Defendant respectfully requests the entry of an Order extending the Opposition deadline to **June 15, 2016,** and the Reply deadline to **July 13, 2016**.


Dated: May 12, 2016                                  Respectfully submitted,

                                                           By:     /s/ Lisa M. Simonetti

Lisa M. Simonetti
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: (424) 204-7700
F: (424) 204-7702
lsimonetti@vedderprice.com

Bryan K. Clark
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: (312) 609-7500
F: (312) 609-5005
bclark@vedderprice.com

Attorneys for Defendant
NAVIENT SOLUTIONS, INC.

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I electronically filed the foregoing **JOINT MOTION FOR BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all attorneys of record.

On  May 12, 2016                                                   /s/ Lisa M. Simonetti