IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC.,<br><br>    Defendant. | Case No. 1:15-cv-0716 LJM-MJD |

## ORDER GRANTING JOINT MOTION FOR BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

This cause coming to be heard on the Joint Motion for Briefing Schedule on Plaintiff's Motion for Class Certification, due notice having been given, and the Court advised of the premises, IT IS HEREBY ORDERED:

1. The Joint Motion for Briefing Schedule on Plaintiff's Motion for Class Certification is granted;

2. Defendant's opposition deadline is extended until **June 15, 2016,** and Plaintiff's reply deadline is extended until **July 13, 2016**.

Date: 5/17/2016

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution: Electronically Registered Counsel