UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-00716-LJM-MJD |
| ) | |
| NAVIENT SOLUTIONS, INC. formerly ) | |
| known as SALLIE MAE, INC., ) | |
| ) | |
| Defendant. ) | |

**MINUTE ENTRY FOR MAY 17, 2016
SETTLEMENT CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. Settlement was not achieved.

The Court's Minute Entry for April 29, 2016 ordered as follows: "The parties are ordered to file a motion to continue the trial of this matter until in or after May, 2017." [Dkt. 86 at 2.] The parties shall comply with that instruction on or before **May 20, 2016**.

Furthermore, the parties' orally moved to further enlarge the deadlines for their response and reply to the pending motion for class certification [Dkt. 75]. That motion is **GRANTED**. Defendant shall file its response to the motion for class certification on or before **June 22, 2016**, and Plaintiff shall file any reply in support of the motion on or before **July 22, 2016**.

This matter is scheduled for a telephonic status conference on **Wednesday, July 6, 2016 at 11:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by

calling the designated telephone number, to be provided by the Court via email generated by the

Court's ECF system.

Dated:  18 MAY 2016

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.