IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC.,<br><br>        Defendant. | Case No. 1:15-cv-0716 LJM-MJD |

**JOINT MOTION FOR EXTENSION OF TIME FOR BRIEFING
ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff Randy Johnson ("Plaintiff") and defendant Navient Solutions, Inc. ("Defendant" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby present this Joint Motion for Extension of Time for Briefing on Plaintiff's Motion for Class Certification (the "Motion"), and in support state as follows:

1. Plaintiff filed the Motion on March 7, 2016.

2. Pursuant to the Court's Order of May 19, 2016 (Docket Entry 91), Defendant's opposition is currently due on June 22, 2016, and Plaintiff's reply is currently due on July 22, 2016.

3. The Parties have agreed to mediate this matter on August 19, 2016, before the Honorable William Cahill (Ret.) of JAMS, in Washington, D.C.  In order to preserve the Parties' respective positions in advance of the mediation, and to minimize the potential for objection to a class-action settlement, if one is reached, the Parties ask that the Court defer further briefing on the Motion until the mediation takes place.  The Parties submit that this constitutes good cause to extend these deadlines pursuant to S.D. Ind. Local Rule 7-1(c)(3).

WHEREFORE, the Parties respectfully request the entry of an Order extending the response deadline until **September 2, 2016,** and the reply deadline until **September 30, 2016**.

Date: June 13, 2016  /s/ Aaron D. Radbil
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

/s/ Lisa M. Simonetti
Lisa M. Simonetti
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: (424) 204-7700 F: (424) 204-7702
lsimonetti@vedderprice.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on June 13, 2016, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Lisa M. Simonetti
Lisa M. Simonetti