UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC.,<br><br>      Defendant. | Case No. 1:15-cv-0716 LJM-MJD |

**ORDER REGARDING JOINT MOTION TO ENLARGE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

This matter comes before the Court on the parties' Joint Motion for Extension of Time for Briefing on Plaintiff's Motion for Class Certification. [Dkt. 97.] Plaintiff's motion for class certification was filed on March 7, 2016. [Dkt. 75.] Twice before, at the parties' request, the Court has enlarged the briefing schedule on the motion. [Dkts. 77 & 89.]

The parties' stated reason for this third requested enlargement of the briefing schedule is a mediation scheduled by the parties on August 19, 2016. [Dkt. 97 at 1.] This Court conducted a settlement conference with the parties less than thirty days ago, on May 17, 2016. [Dkt. 91.] At the time of the settlement conference, the **primary** point of disagreement that prevented a resolution of this matter was the lack of a ruling on Plaintiff's motion for class certification.

While the Court may be unable to rule on the motion for class certification prior to the August 19, 2016 mediation, the Court believes that completion of the briefing on that

motion will at least help to clarify the parties dispute in such a way that may assist a resolution and, if resolution is not achieved on August 19, 2016, further delay of the resolution of the class certification issue is contrary to the best interests of justice. Accordingly, the parties' motion is **GRANTED IN PART** and **DENIED IN PART**. Defendant shall file any response to Plaintiff's motion for class certification [Dkt. 75] on or before **June 24, 2016;** Plaintiff shall file any reply in support of the motion on or before **July 22, 2016**.

    SO ORDERED.

Dated: 14 JUN 2016

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.