IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC.,<br><br>   Defendant. | Case No. 1:15-cv-0716 LJM-MJD |

## DEFENDANT NAVIENT SOLUTIONS, INC.'S
## MOTION TO STRIKE EXPERT TESTIMONY OF ANYA VERKHOVSKAYA

Pursuant to Federal Rule of Evidence 702, defendant Navient Solutions, Inc. ("NSI") hereby moves to strike the declaration submitted by plaintiff Randy Johnson's proposed expert, Anya Verkhovskaya ("Verkhovskaya"). Johnson submitted the declaration of in support of his Motion for Class Certification. (See Declaration of Anya Verkhovskaya, Docket Entry 75-8 (the "Declaration").) Verkhovskaya is not a statistician, experienced investigator or telecommunications expert, but rather is a class action settlement administrator. The Declaration should be stricken and Verkhovskaya's testimony should be deemed inadmissible because: (1) Verkhovskaya is not qualified to provide a reliable statistical analysis that is necessary to support her proposed methodology, (2) even if Verkhovskaya were qualified, her methodology is based on reliability "statistics" that are unprecedented in the industry and wholly unsupported, (3) there is no reliable method to identify the historical user of a cellular telephone number, and (4) Verkhovskaya's proposal fails to include well-known costs and delays.

WHEREFORE, for the foregoing reasons, as explained more fully in the accompanying Memorandum of Law, NSI respectfully requests that the Court grant its Motion, find that Verkhovskaya is not qualified to provide expert testimony in this case, and strike the Declaration.

Dated: June 24, 2016

Respectfully submitted,

/s/ Lisa M. Simonetti
Lisa M. Simonetti
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: (424) 204-7700
F: (424) 204-7702
lsimonetti@vedderprice.com

Bryan K. Clark
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: (312) 609-7500
F: (312) 609-5005
bclark@vedderprice.com

Attorneys for Defendant
NAVIENT SOLUTIONS, INC.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that I electronically filed the foregoing **MOTION TO STRIKE EXPERT TESTIMONY** with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all attorneys of record.

On June 24, 2016

/s/ Lisa M. Simonetti
Lisa M. Simonetti