IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC.,<br><br>Defendant. | Case No. 1:15-cv-0716 LJM-MJD |

## ORDER GRANTING MOTION FOR LEAVE

This cause coming to be heard on defendant Navient Solutions, Inc.'s Motion for Leave to File Documents Under Seal (Docket Entry 103), due notice having been given, and the Court being advised of the premises, IT IS HEREBY ORDERED:

1. The Motion for Leave to File Documents Under Seal is granted; and

2. NSI is given leave to file an unredacted copy of Exhibit N to the Declaration of Margaret A. Daley under seal.

DATE: 7/7/2016

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Pursuant to Local Rule 5-5(d), Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.