UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON on behalf of himself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NAVIENT SOLUTIONS, INC., )<br>)<br>Defendant. ) | No. 1:15-cv-00716-LJM-MJD |

### SCHEDULING ORDER

On the Court's own motion, a Telephonic Hearing on Plaintiff Randy Johnson's Motion for Leave to File an Amended Complaint is SET for **Tuesday, July 26, 2016, at 9:00 a.m., EDT**, at which time the parties shall appear by counsel by calling the Court's Conference Bridge, **317-229-3962**. The parties shall be prepared to discuss the effect that the proposed amendment would have on the fully-briefed Motion to Certify Class and partially-briefed Motion to Strike Expert Witness, as well as fact and expert discovery.

IT IS SO ORDERED this 19th day of July, 2016.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distribution:

Aaron David Radbil
GREENWALD DAVIDSON RADBIL PLLC
aradbil@gdrlawfirm.com

Jesse S. Johnson
GREENWALD DAVIDSON RADBIL PLLC
jjohnson@gdrlawfirm.com

Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
mgreenwald@gdrlawfirm.com

Ryan Scott Lee
LAW OFFICES OF RYAN LEE, PLLC
ryan@ryanleepllc.com

Lisa M. Simonetti
VEDDER PRICE LLP
lsimonetti@vedderprice.com

Andrew M. Barrios
VEDDER PRICE P.C.
abarrios@vedderprice.com

Bryan K. Clark
VEDDER PRICE P.C.
bclark@vedderprice.com

Jeanah Park
VEDDER PRICE P.C.
jpark@vedderprice.com