# Exhibit "F"

```
                                                              Page 1

 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF INDIANA
 2                    INDIANAPOLIS DIVISION
                            - - -
 3    RANDY JOHNSON, on        :
      behalf of himself and    :
 4    others similarly         :
      situated,                :
 5                             :CASE NO.  1:15-cv-00716-LJM-MJD
                 Plaintiff,    :
 6                             :
              vs.              :
 7                             :
      NAVIENT SOLUTIONS,       :
 8    INC., f/k/a SALLIE       :
      MAE, INC.,               :
 9                             :
                 Defendant.    :
10                          - - -
11             Wednesday, January 6, 2016
12                          - - -
13             Oral deposition of PATRICIA PETERSON,
14    taken pursuant to notice at VERITEXT LEGAL
15    SOLUTIONS, 300 Delaware Avenue, Suite 815,
16    Wilmington, Delaware 19801, beginning at
17    9:13 a.m., before Alicia Fortin, a Professional
18    Reporter and a Notary Public in and for the
19    Commonwealth of Pennsylvania.
20                          - - -
21
22
23
                  VERITEXT LEGAL SOLUTIONS
24
25
```

```
                                              Page 134

 1            the proceeding from 12:29 p.m. to 1:21
 2       p.m.)
 3                        -  -  -
 4   BY MR. RADBIL:
 5       Q.    I want to go back to the last
 6   column we were looking at which is marked as
 7   Exhibit-13.  I have a question about entries in
 8   Column G which say recording played to machine.
 9              Do you know if that's a
10   computerized recording played to the machine?
11       A.    Yes.
12       Q.    So this is a pre-recorded or
13   artificial voice recording played to the machine
14   associated with ▮▮▮▮▮▮▮▮?
15       A.    Yes.
16       Q.    And the same would go for any entry
17   that reads similarly?
18       A.    Yes.
19                        -  -  -
20              (Discussion was held off the
21       record.)
22                        -  -  -
23   BY MR. RADBIL:
24       Q.    Does that answer to my question
25   help you decipher whether the eights or the ones
```

Page 174

1             And the two others, I guess, it's
2    unclear who the agent worked for, whether it was
3    NSI or SAC.
4             How long does Navient maintain
5    recordings like the ones it produced in this case?
6        A.   At this time, we're maintaining
7    everything indefinitely.
8        Q.   Does NSI record every conversation
9    between one of its agents and a person with whom
10   it speaks?
11       A.   Yes.
12       Q.   For how long has it done this?
13       A.   As long as -- I don't know the
14   start date but a long time.
15       Q.   So NSI had all three of these calls
16   in its system stored somehow, some way, right, the
17   three recordings that NSI produced?
18       A.   Yes.
19       Q.   So if a conversation was with an
20   SAC representative, why would Navient have that
21   recording in its system?
22       A.   I'm not sure what you're asking.
23            MS. SIMONETTI:  That's an
24       assumption.
25   BY MR. RADBIL:

```
 1                    C E R T I F I C A T E
 2
 3          I do hereby certify that I am a Notary
 4     Public in good standing, that the aforesaid
 5     testimony was taken before me, pursuant to notice,
 6     at the time and place indicated; that said
 7     deponent was by me duly sworn to tell the truth,
 8     the whole truth, and nothing but the truth; that
 9     the testimony of said deponent was correctly
10     recorded in machine shorthand by me and thereafter
11     transcribed under my supervision with
12     computer-aided transcription; that the deposition
13     is a true record of the testimony given by the
14     witness; and that I am neither of counsel nor kin
15     to any party in said action, nor interested in the
16     outcome thereof.
17
18          WITNESS my hand and official seal this
19     18th day of JANUARY, 2016.
20
21
22
                       _____
23                     Alicia Fortin, Reporter
                       Notary Public
24
25
```