UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON on behalf of himself and others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NAVIENT SOLUTIONS, INC., )<br>)<br>Defendant. ) | No. 1:15-cv-00716-LJM-MJD |

## ENTRY & ORDER FOR TUESDAY, JULY 26, 2016

## THE HONORABLE LARRY J. McKINNEY, SENIOR JUDGE

The parties appear by counsel for Telephonic Hearing on Plaintiff Randy Johnson's, on behalf of himself and all others similarly situated ("Plaintiff's"), Motion for Leave to File an Amended Class Action Complaint (the "Motion"). Dkt. No. 99. Aaron Radbil appears for Plaintiff; Lisa M. Simonetti appears for Defendant Navient Solutions, Inc. ("Navient"). Jean Knepley is Court Reporter.

The Court hears argument on the Motion and discusses the status of this case and the ramifications of having two suits pending alleging nearly identical claims but for the differing time periods. The Hearing is adjourned.

The Court, being duly advised, hereby **DENIES** Plaintiff's Motion for Leave to File an Amended Class Action Complaint. Plaintiff's Motion comes well after the Court's deadline to amend the pleadings. Further, Plaintiff's Motion to Certify Class Action and Appoint Class Counsel is fully briefed (the "Motion to Certify"). Preparation for the Motion to Certify involved extensive discovery that included not only a deposition of Plaintiff, but

also preparation of expert reports and depositions of same.  In the light of the protracted litigation in this case already, the addition of another named plaintiff, which would require additional discovery and at the very least supplemental briefing on the Motion to Certify, outweighs any benefit to allow the proposed amendment.  For these reasons, Plaintiff's Motion for Leave to File Amended Class Action Complaint, Dkt. No. 99, is **DENIED**.

IT IS SO ORDERED this 26th day of July, 2016.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Aaron David Radbil
GREENWALD DAVIDSON RADBIL PLLC
aradbil@gdrlawfirm.com

Jesse S. Johnson
GREENWALD DAVIDSON RADBIL PLLC
jjohnson@gdrlawfirm.com

Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
mgreenwald@gdrlawfirm.com

Ryan Scott Lee
LAW OFFICES OF RYAN LEE, PLLC
ryan@ryanleepllc.com

Lisa M. Simonetti
VEDDER PRICE LLP
lsimonetti@vedderprice.com

Andrew M. Barrios
VEDDER PRICE P.C.
abarrios@vedderprice.com

Bryan K. Clark
VEDDER PRICE P.C.
bclark@vedderprice.com

Jeanah Park
VEDDER PRICE P.C.
jpark@vedderprice.com