IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC.,<br><br>    Defendant. | Case No. 1:15-cv-0716 LJM-MJD |

### MOTION FOR DANIEL C. GREEN TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANT NAVIENT SOLUTIONS, INC.

Jeanah Park of the law firm Vedder Price P.C., pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Daniel C. Green of Vedder Price P.C. leave to appear *pro hac vice* on behalf of Navient Solutions, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Daniel C. Green as required by S.D. Ind. Local Rule 83-6(a), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Daniel C. Green leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,

NAVIENT SOLUTIONS, INC.

By: /s/ Jeanah Park
One of Its Attorneys

Lisa M. Simonetti
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: (424) 204-7700

Bryan K. Clark
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601
T: (312) 609-7810

Andrew M. Barrios
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601
T: (312) 609-7500

Dated: September 2, 2016

**CERTIFICATE OF SERVICE**

I hereby certify under penalties of perjury pursuant to 28 U.S.C. §1746 that, on September 2, 2016, I electronically filed the foregoing **Motion for Daniel C. Green to Appear *Pro Hac Vice* on Behalf of Defendant Navient Solutions, Inc.** with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
aradbil@gdrlawfirm.com

James L. Davidson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
jdavidson@gdrlawfirm.com

Michael L. Greenwald
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
mgreenwald@gdrlawfirm.com

Ryan Scott Lee
Krohn & Moss Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, California 90025
rlee@consumerlawcenter.com

Jesse S. Johnson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
jjohnson@gdrlawfirm.com

on September 2, 2016.

                                                            /s/ Jeanah Park