Exhibit "B"

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF INDIANA
 2                   INDIANAPOLIS DIVISION
                          - - -
 3      RANDY JOHNSON, on       :
        behalf of himself and   :
 4      others similarly        :
        situated,               :
 5                              :CASE NO.  1:15-cv-00716-LJM-MJD
                Plaintiff,      :
 6                              :
                vs.             :
 7                              :
        NAVIENT SOLUTIONS,      :
 8      INC., f/k/a SALLIE      :
        MAE, INC.,              :
 9                              :
                Defendant.      :
10                        - - -
11            Wednesday, January 6, 2016
12                        - - -
13            Oral deposition of PATRICIA PETERSON,
14      taken pursuant to notice at VERITEXT LEGAL
15      SOLUTIONS, 300 Delaware Avenue, Suite 815,
16      Wilmington, Delaware 19801, beginning at
17      9:13 a.m., before Alicia Fortin, a Professional
18      Reporter and a Notary Public in and for the
19      Commonwealth of Pennsylvania.
20                        - - -
21
22
23
                   VERITEXT LEGAL SOLUTIONS
24
25
```

1        Q.     Sure.  If I asked you to describe

2   what your autodialer department was, how would you

3   describe that to me?

4        A.     The teams responsible for setting

5   up and managing the campaigns that each of the

6   business units want to run on a day-to-day

7   basis --

8        Q.     Okay.

9        A.     -- responsible for making changes

10   to our IVRs, our call routing that goes along with

11   those inbound calls or outbound calls.

12        Q.     What is an IVR?

13        A.     Inbound routing or a way to route

14   calls.

15        Q.     When you refer to autodialer, what

16   are you referring to, as in, the actual piece of

17   equipment that Navient uses?

18        A.     The system we use to make outbound

19   calls --

20        Q.     What --

21        A.     -- and manage.

22        Q.     I apologize.  I'll do my best not

23   to speak over you.  When we speak over each other,

24   the court reporter can't take down what we say.

25   That is my fault, I apologize.

1            MS. SIMONETTI:  Also can I just

2       add, this is not the witness for the

3       technology categories, as you know, by

4       agreement.

5            MR. RADBIL:  Agreed.

6  BY MR. RADBIL:

7       Q.     But when you say your systems, your

8  autodialer systems, what system is that?

9       A.     Currently, we use Noble Systems and

10  GC dialer for NSI.

11      Q.     Those are the only two systems that

12  you're aware of?

13      A.     Sorry, one additional, Interactive

14  Intelligence.

15      Q.     These systems, it is a Noble, GC,

16  the two letters, GC System and an Interactive

17  Intelligence System?

18      A.     Yes.

19      Q.     All right.  Your counsel noted that

20  you are not to reveal any information that you

21  learned from a conversation with her.

22             So I'm not asking you to tell me

23  the substance of any conversations with your

24  attorney, but what did you do to prepare for this

25  deposition?

1          A.      General details about the account.
2          Q.      And Carey Foss, she's also on the
3    training team, you said?
4          A.      He.
5          Q.      How do you spell Carey; do you
6    know?
7          A.      C-A-R-E-Y.
8          Q.      What did you speak to him about?
9          A.      Training procedures.
10         Q.      Training procedures regarding TCPA
11   complaints?
12         A.      Specifically, regarding wrong
13   number processes.
14         Q.      Great.  Why Carey Foss about the
15   wrong number processes?
16         A.      His team is individually
17   responsible for the training of the agents that
18   work the federal accounts.
19         Q.      All right.  So you talked to your
20   counsel, you spoke to these individuals, did you
21   speak with anyone else in preparation for this
22   deposition?
23         A.      I briefly spoke to someone in our
24   IT area.
25         Q.      Who was that?

1          A.      The name is escaping me, sorry.

2          Q.      You'd be able to find out his name,

3     if I asked you to?

4          A.      Yes.

5          Q.      What did you speak to him or her

6     about?

7          A.      Him, just about the phone number

8     details on the account.

9          Q.      When you say phone number details,

10     are you referring to the actual phone number call

11     log sheets that you provided?

12          A.      Yes.

13          Q.      All right.  You said you reviewed

14     documents to prepare for this deposition.  What

15     documents did you review?

16          A.      The policies and procedures.

17          Q.      Policies and procedures for, what?

18          A.      TCPA, training materials, some of

19     the prepared documents that were provided.

20          Q.      Where did you get those documents?

21          A.      From counsel.

22          Q.      Do you happen to know if all those

23     documents were produced to us?

24          A.      I believe so.

25          Q.      I am going to hand you the Notice

1    Rows 66 through 67?  Was that NSI or Student

2    Assistance Corporation?

3            A.      That is NSI.

4            Q.      So if I'm clear, NSI made or

5    received calls found in Rows 2, 3, 4, 5, 11, 12,

6    13, 14, 15, 16, 17, 18, 66, and 67?

7            A.      Can you go slower on that?

8            Q.      Yes.  How about Row 2?

9            A.      Yes.

10            Q.      Three?

11            A.      Yes.

12            Q.      Four?

13            A.      Yes.

14            Q.      Five?

15            A.      Yes.

16            Q.      NSI made calls and received calls

17    in Rows 11 through 18?

18            A.      Yes.

19            Q.      And in addition to NSI making calls

20    found in Rows 2, 3, 4, 5, 11, 12, 13, 14, 15, 16,

21    17, 18, NSI made or received calls found in Rows

22    66 and 67?

23            A.      Yes.

24            Q.      So let's talk about the notes, tell

25    me what the notes say about Marie Bottoms

1      Q.      Okay.  Who was NSI attempting to

2    reach when it made the calls to ███.2476?

3      A.      Marie Bottoms.

4      Q.      Was it ever attempting to reach

5    anyone other than Marie Bottoms when making calls

6    to ███.2476?

7      A.      No.

8      Q.      Take a look at Column F on

9    Exhibit-2.  Row 3 includes an indication that says

10   wrong number.  What does that mean?

11     A.      That's that the account was marked

12   on the dialer as a wrong number, the status of it.

13     Q.      What does that mean, that this

14   account was marked as a status, wrong number?

15     A.      In the inbound -- on the dialer,

16   when the call came in from this number, the agent

17   put a status of wrong number in the dialer.

18     Q.      Why did the agent put a status of

19   wrong number in the dialer?

20     A.      I don't recall the notes on the

21   account at that point in time to say what happened

22   during that conversation.

23     Q.      There are notes which would show

24   why the wrong number entry was included?

25     A.      Notes -- there should be notes on

1         the account of activity that happened on 9-11.

2                Q.      And again, we don't have those

3         notes, so can you tell me what those notes say

4         regarding the activity that happened on 9-11?

5                A.      No.

6                Q.      Have you seen those notes?

7                A.      I've looked at the call history,

8         but I don't recall what it said on 911.

9                Q.      So what exactly does wrong number

10        mean as it exists on this document?

11               A.      Means that the customer or someone

12        told us that this phone number, 2476, was a wrong

13        number for Marie Bottoms.

14               Q.      Who was the agent that entered this

15        wrong number designation?

16               A.      FC93.

17               Q.      Do you happen to know if that's an

18        agent that's still employed by NSI?

19               A.      I don't know.

20               Q.      Does Navient have some sort of

21        policy or procedure regarding the manner in which

22        it teaches its agents to write the wrong number

23        code?

24               A.      Yes.

25               Q.      What is that policy or procedure?

1    your question.

2                    MR. RADBIL:  Would you repeat the

3            question, please?

4                            -  -  -

5                    (Whereupon, the court reporter

6            read back the pertinent testimony.)

7                            -  -  -

8    BY MR. RADBIL:

9            Q.      Let me rephrase that.  Does NSI do

10   anything to track accounts for which a wrong

11   number code is entered in a dialer with respect to

12   a particular number, but that number is not also

13   removed from the system of record?

14           A.      Yes.

15           Q.      What is that?

16           A.      We have some compliance testing in

17   place to look for this.

18           Q.      What is that compliance testing?

19                   MS. SIMONETTI:  Hang on.  I think

20           you can answer the question at a general

21           level, but this is a process that involves

22           consultation with legal, so we'll have to

23           be careful on that basis.

24                   Can you read the question back?

25                           -  -  -

1          multiple times.

2                           So when I'm reading this, it looks

3          like -- well, is a wrong party contact a wrong

4          number code -- a wrong number?

5                  A.      I'm not familiar at all with this

6          document.  This is the technical document for the

7          Noble system.

8                  Q.      If I wanted to know what Navient

9          uses wrong party contact in this document, who

10         would I talk to?

11                 A.      Dialer person.

12                 Q.      Is that the dialer person in your

13         group or a completely separate dialer team?

14                 A.      My group.

15                 Q.      Was it Mr. Dries?

16                 A.      Yes.

17                 Q.      So getting back to the audits and

18         the results of the audits, did Navient discover

19         through the audits that it conducted regarding

20         wrong number entries on a dialer but -- strike

21         that.

22                          We talked about audit situations

23         in which wrong number codes were entered and the

24         number associated with that wrong number code

25         wasn't removed from the system of record.

1          Did Navient find that that had

2     occurred on at least one instance, I guess?

3          A.    Yes.

4          Q.    So for the last six months, can you

5     tell me the number of instances in which Navient

6     found that a wrong number code existed on the

7     dialer, but yet, the related phone number was not

8     removed from the system of record?

9          A.    No.

10         Q.    Have you ever seen that number?

11         A.    No.

12         Q.    So when you say you looked at the

13    result audits over the past six months, there

14    aren't any numbers in there about the number of

15    accounts for which a wrong number code was entered

16    on a dialer, but the phone number was not removed

17    from the system of record?

18              MS. SIMONETTI:  Those audit

19         results and the reports that are generated

20         are privileged.

21              So even if that is reflected, I'm

22         going to instruct her not to answer as to

23         those contents of those documents.

24              I don't even know if you remember,

25         but I'm going to instruct you not to answer

1      student loans that we service.

2              Q.      What are those three systems of

3      record?

4              A.      Class Commercial, Class ED, and

5      FDR.

6              Q.      Is Commercial Class one group?

7              A.      Yes.

8              Q.      Commercial Class, the next one was?

9              A.      Class ED.

10             Q.      And the last one was?

11             A.      FDR.

12             Q.      FDR, all right.  So what is

13     Commercial Class --

14                     MS. SIMONETTI:  It's Class

15             Commercial.  Sorry, it just is.

16     BY MR. RADBIL:

17             Q.      All right.  What is Class

18     Commercial?

19             A.      It's the servicing system for the

20     loans that Navient -- and I don't know if it's

21     Navient -- corporate-wise, I don't know if it's

22     Navient Corporation or Navient Servicing.

23                     It's responsible for servicing of

24     our own debt or managed debt.

25             Q.      What about Class ED?

1      A.      That's the servicing system that we

2   service on behalf of the Department of Education.

3      Q.      And what about FRD?

4      A.      FDR.

5      Q.      What about that one?

6      A.      It is the servicing system that

7   houses the majority of our private student loans.

8      Q.      Are these the same three systems

9   that NSI used from May 2011 through May 2015?

10     A.      FDR wasn't in the mix for that full

11  time.

12     Q.      Part of the time, but not the full

13  time?

14     A.      Yes.

15     Q.      Do you know when it entered the

16  mix?

17     A.      I don't know the first date, but

18  the majority of the loans -- private loans went

19  over to that system in July of 2013.

20     Q.      Are telephone numbers added or

21  removed from the collections inventory?

22     A.      I'm sorry?

23     Q.      Accounts, let's start with

24  accounts.  Are accounts added or removed from the

25  collections inventory from time to time?

1    monitored on a separate report.  A cellular
2    telephone consent audit is run hourly to ensure
3    compliance with TCPA guidelines.
4              Is the cellular telephone consent
5    audit that's run hourly not the cellular telephone
6    scrub we just talked about?
7         A.    No.
8         Q.    What is the cellular telephone
9    consent audit that is run hourly?
10        A.    It's the process that is looking to
11   make sure an account or phone number that doesn't
12   have express consent is not dialed in a predictive
13   campaign.
14        Q.    And it says express consent for
15   cell phones is monitored on a separate report.
16             What is that separate report?
17        A.    I'm not sure what's reference --
18   what that reference means.
19        Q.    And then there's a reference to
20   compliance, compliance as notified for any
21   violations that occur.
22             What compliance does this document
23   refer to?
24        A.    Compliance Department.
25        Q.    That's not your department?

1    Was he an employee, a supervisor, a vice

2    president?

3         A.    I don't know what his title was.

4         Q.    Does NSI have an estimate about --

5    strike that.

6                     -  -  -

7              (Whereupon, the document was

8         marked, for identification purposes, as

9         Exhibit Number 12.)

10                    -  -  -

11   BY MR. RADBIL:

12        Q.    So this is a document entitled,

13   TCPA Autodialer Requirements.  And if we move to,

14   I believe, 4557, there's a chart here.

15             Have ever you seen this chart

16   before?

17        A.    Not that I recall.

18        Q.    If you take a look at it and take

19   your time in reviewing the page, can you tell me

20   what it is?  If you can, tell me what it is.

21             MS. SIMONETTI:  The page or the

22        document?

23   BY MR. RADBIL:

24        Q.    The chart, what does the chart

25   represent?

1    -- automated message failed and the machine hung

2    up.

3            Q.      These messages, so it's left

4    message.  Row 13, the IVR message, is that a

5    computerized pre-recorded message?

6            A.      Yes.

7            Q.      It's not a human being leaving that

8    message?

9            A.      Correct.

10           Q.      How about 14?  Does the IVR message

11   delivered mean that a computer/artificial voice --

12   is it an artificial voice?  Is it a pre-recording?

13   What is it?

14           A.      I don't know the difference between

15   the two.

16           Q.      This is not a human leaving a

17   message; this is a computer leaving a message?

18           A.      Yes.

19           Q.      And the same goes for 15?

20           A.      Yes.

21           Q.      And on 16 it looks like there was

22   just no message left?

23           A.      Correct.

24           Q.      And then 17, again, same confusion

25   that you have regarding Number 11 there's some

1    uncertainty as to how -- well, no.  Strike that.

2                    So this is where it looks like

3    there was a contact with a third party.  Meaning,

4    contact with somebody other than Marie Bottoms?

5           A.     Yes.

6           Q.     And that a message was left with

7    that third party?

8           A.     Yes.

9           Q.     And does this indicate that a live

10   person, a live third party picked up the phone and

11   a message was left with him or her?

12          A.     Yes.

13          Q.     Is that a message that was left by

14   a computer or by a human being?

15          A.     I can't say for sure.  I know a

16   human being touched it, but I don't know who left

17   the message.

18          Q.     Well, let's go to the next row, 18.

19   I think we may have talked about it.

20                    Row 18 was made by a predictive

21   dialer, and in comments, it shows there was a

22   computer leaving a message on an answering

23   machine?

24          A.     Yes.

25          Q.     So all the IVR messages are

1    computer messages?

2              A.     Yes.

3              Q.     I saw references to IVR in the

4    documents produced.  It's probably

5    self-explanatory -- let's just take a look.

6                     So if you take a look at what

7    we've marked as Exhibit-6, if you look at NSI 0003

8    which is the third page, so under direct connect,

9    that little chart at the bottom.

10                    It says, direct connect and

11   there's a definition.  It says interactive voice

12   response.

13                    Is that the IVR we're talking

14   about when we look at Column F or is it different?

15             A.     The IVR does mean that it's an

16   automated system, but it's not in the same context

17   that direct --

18             Q.     I see.  IVR is an indication that

19   it's an automated computer system, that's what I

20   need to know?

21             A.     Yes.

22             Q.     So we're going through the Column G

23   entries.  Take a look at Row 2, for example.  It

24   says, inbound ED LA.

25                    What does that mean?

1          A.       Interactive Intelligence.

2          Q.       Are the calls included on this

3     document different from the calls included on the

4     document we just looked at?

5          A.       Yes.

6          Q.       Let's walk through this document

7     quickly if possible.  Column A, these are dates

8     and times.

9                   Are these the dates and times the

10    calls were actually made and/or received?

11         A.       Yes.

12         Q.       Column B says length, are these

13    numbers in seconds?

14         A.       Yes.

15         Q.       Column C says, phone number.  This

16    is fairly obvious.  This is the phone number to

17    which the call was made or received?

18         A.       Yes.

19         Q.       Call mode, what do the call mode

20    indications mean?

21         A.       What type of call, predictive or

22    manual.

23         Q.       Do we know on this document which

24    calls NSI made or received and which calls SAC

25    made or received?

1          A.      This is all NSI.

2          Q.      All NSI, okay.  Sorry, I did not

3     listen to your answer to my question.

4                  The Column D, the call mode, eight

5     versus one, you said predictive versus manual?

6          A.      Yes.

7          Q.      Which is eight?

8          A.      I don't recall which is which.

9          Q.      One of them is predictive and one

10    of them is manual?

11         A.      Yes.

12         Q.      How about Column E, normal call

13    clearing, ISDN, cause code 16.

14                 What does that mean, it seems to

15    appear on most of the rows?

16         A.      I don't know.

17         Q.      Who would know, the dialer team?

18         A.      Yes.

19         Q.      What about wrapup cat?  What does

20    wrapup cat mean to start?

21         A.      What the final disposition of the

22    call was from the dialing perspective.

23         Q.      So success, I assume that means

24    someone was reached or something was reached?

25         A.      Yes.

1          A.      I don't know.

2          Q.      Call results, there are fours and

3   fives, do you know what those numbers mean?

4          A.      No.

5          Q.      Campaign, those are the campaigns

6   that --

7          A.      The name of the call list, yes.

8          Q.      The name of the call list, okay.

9   What about sites in Column K or CRS entries for

10  all of the rows?

11         A.      That's the department which was

12  calling these accounts.

13         Q.      Who is CRS?

14         A.      That's our federal default

15  prevention group within NSI.

16         Q.      Within NSI, okay.  What about call

17  ID in Column L?

18         A.      I don't know.

19         Q.      So why did NSI use a Noble dialer

20  and an ININ dialer to make calls to the same

21  number?

22         A.      Marie Bottoms has accounts both on

23  the Class Commercial and the Class ED side and two

24  different dialers were used.

25         Q.      I see.  Do you know which is which?

 1          A.      The ININ is the commercial side
 2    only.  Noble could have been commercial or ED.
 3          Q.      Simply put however, calls from the
 4    Noble Call Log were placed in connection with one
 5    account.
 6                  Calls from the ININ Call Log, at
 7    least as we have them here, were placed in
 8    connection with a separate account; is that fair?
 9          A.      No.
10          Q.      They were placed on the same --
11    were all these calls placed to collect the same
12    debt?
13          A.      Marie has multiple loans that we
14    were collecting on.
15          Q.      Okay --
16          A.      Some of which were sitting in our
17    Class Commercial system of record and some sitting
18    in our Class ED system of record.
19          Q.      Okay.
20          A.      The dialing -- so we could have
21    been calling Marie for either of those accounts
22    because maybe only one side was delinquent and the
23    other wasn't or it could have been both.
24          Q.      I see.  So the difference between
25    the dialers is a result of the status of

1          Q.      The number that NSI provided was
2     467,000 and that is -- as I understand it, it is
3     an estimate of people that Navient called after
4     Navient's system included a wrong number notation
5     on the telephone number for that person; is that
6     fair?
7          A.      On the dialer.
8          Q.      On the dialer, so you're saying --
9     all right.
10              If I'm understanding the
11     467,000-person figure that you provided -- that
12     NSI provided is an estimate of the number of
13     people to whom Navient placed a call to a number
14     after Navient's records for that number showed a
15     wrong number code by using an automatic telephone
16     dialing system; is that fair?
17          A.      Yes.
18          Q.      Does that number include only NSI
19     calls as opposed to NSI and SAC calls?
20          A.      Yes.
21          Q.      Were the calls associated with the
22     467,000 people calls to cell phones only?
23          A.      Yes.
24          Q.      The calls at issue to the 467,000
25     people, are those calls made by both the Noble and

1     ININ dialers?

2          A.     Yes.

3          Q.     Do those calls include calls made

4     by any dialer, other than this Noble or ININ

5     dialer?

6          A.     I don't believe so.

7          Q.     Does Navient have a record, whether

8     an active or archived form, of all calls placed by

9     a dialer since May of 2011?

10          A.     Yes.

11          Q.     Do you know if those are in active

12     or archived form?

13          A.     I don't know.

14          Q.     For the calls that we just

15     discussed that relate to the 467,000-person

16     figure, would Navient be able to determine the

17     number of persons to whom it placed more than one

18     call following a wrong number entry in its system?

19          A.     Yes.

20          Q.     For those 467,000 persons that we

21     just talked about, is Navient able to determine

22     the number of calls made to those people on the

23     particular telephone number after a wrong number

24     entry was included in Navient's system for the

25     numbers?

1          A.      I don't know in number of hours

2    that it took.

3          Q.      Do you have an estimate?

4          A.      Not really.

5          Q.      That's fine.  How did Navient do

6    it, by an automated process, writing some code?

7    How exactly did it reach that number?

8          A.      Code written to using the autodial

9    records that we have been talking about for the

10   period of time that we requested.

11         Q.      Do you know if it was just one

12   person that wrote the code?

13         A.      I believe only one person was

14   working on it, yes.

15         Q.      Do you happen to know his or her

16   name?

17         A.      Yes.

18         Q.      Very good.  Would you tell me his

19   or her name?

20         A.      Matt Gottlieb.

21         Q.      All right.  We're back to Exhibit

22   Number 5, please.  Take a look at Bates stamp 45.

23                 If you look, it's probably

24   two-thirds of the way down.  It's a paragraph that

25   begins, in order to update the TCPA flag to Y in

1      Let's take a look at Page 28 which is the last
2      page.  There is a second paragraph under the
3      heading which reads controls.
4                      This paragraph starts, Noble
5      dialer also has a primary audit code that runs
6      every hour and looks for any calls that were
7      launched by a predictive, direct connect, or
8      message blaster dialer campaign to phone numbers
9      in the exclusion table.  If any were dialed, an
10     automated e-mail is generated and sent to 1st LOD,
11     corporate compliance, and the APG dialer
12     operations team for research.  As a critical ice
13     control, these hourly audit files are all stored
14     for historical reference.
15                     Does this paragraph describe a
16     process with which you are familiar?
17             A.      Yes.
18             Q.      So to start, who is the 1st LOD?
19     What is the 1st LOD?
20             A.      It stands for first line of defense
21     and it is a compliance -- first level compliance
22     that sits within -- not as a separate corporate
23     compliance.
24             Q.      It's a compliance department within
25     NSI?

1    was?

2           A.      SoundBite.

3           Q.      SoundBite.  Who would I ask to get

4    the dates that NSI used SoundBite, what

5    department?

6           A.      I'm not sure.

7           Q.      Could the 467,000-person figure

8    include calls made by SoundBite?

9           A.      No.

10          Q.      Could there be any SoundBite-made

11   calls that meet the same criteria as the 467,000

12   people calls that you didn't include in the

13   467,000-person figure?

14          A.      I don't know.

15          Q.      Who would know that?

16          A.      I don't know.

17          Q.      Getting back to this, NSI 28.  So

18   it references a primary audit code.

19                  Are you able to describe for me

20   what that primary audit code is?

21          A.      Where's that?

22          Q.      Take a look at the first -- the

23   Noble dialer has a primary audit code that runs

24   every hour.

25                  So what is that primary audit code

1    that runs every hour?

2          A.     That's the process that looks on an

3    hourly basis if we've called a phone number that

4    we did not have consent on.

5          Q.     And what happens when that audit

6    code finds a number?

7          A.     An e-mail is sent to the people

8    listed --

9          Q.     All right.  Does NSI save those

10    e-mails?

11          A.     Yes.

12          Q.     For how many years, dating back

13    from today, would you say that NSI has a record of

14    the e-mails resulting from this primary audit

15    code?

16          A.     I'm not sure when we started the

17    process.

18          Q.     Is it your understanding that NSI

19    would have the e-mails resulting from this primary

20    audit code from the date that NSI started this

21    process?

22          A.     I'm not sure that e-mail is

23    necessarily there.  But my understanding is, the

24    record, if we did this, has been kept.

25          Q.     So the record of the call placed by

1    an autodialer to a cellular telephone number

2    without a consent of yes is kept by NSI?

3         A.    One more time.

4         Q.    As I understand it, the audit code

5    looks for calls made by an autodialer to cell

6    phone numbers for which NSI doesn't have a consent

7    designation of yes; is that fair?

8         A.    Yes.

9         Q.    Obviously, that happens on some

10   occasion whether it's often or not because this

11   process is in place and these e-mails do exist.

12              So does NSI have information today

13   about the numbers that were dialed and picked up

14   by this audit code?

15        A.    I believe so.

16        Q.    So these numbers are then picked up

17   by the audit code, and sent to these two

18   compliance type teams, and one dialer team, it

19   says, for research.

20              What type of research is this

21   audit code sent to do?

22        A.    Make sure it really was an error.

23        Q.    And does NSI keep results of

24   whether it really was an error?

25        A.    Yes.

1          Q.     And NSI should have all those

2     results stored somewhere, right?

3          A.     I believe so.

4          Q.     So the next sentence begins as a

5     critical ice control, what is a critical ice

6     control just because I don't understand what that

7     term refers to?

8          A.     Ice is our internal control process

9     and it's a control we put in place to make sure we

10    comply with the TCPA.

11         Q.     Is that a written policy or is that

12    policy encompassed by a written document?

13         A.     Ice?

14         Q.     Yes, ice.

15         A.     I'm not sure.

16         Q.     Who heads up ice?

17         A.     Compliance -- corporate compliance.

18         Q.     Corporate compliance, okay.  I

19    guess I should have read the end of this paragraph

20    before asking all these questions.

21                It says these are stores for

22    historical reference, so I guess that answers my

23    question.

24                These audit files are stored and

25    can be looked at today?

1                    C E R T I F I C A T E

2

3          I do hereby certify that I am a Notary

4     Public in good standing, that the aforesaid

5     testimony was taken before me, pursuant to notice,

6     at the time and place indicated; that said

7     deponent was by me duly sworn to tell the truth,

8     the whole truth, and nothing but the truth; that

9     the testimony of said deponent was correctly

10    recorded in machine shorthand by me and thereafter

11    transcribed under my supervision with

12    computer-aided transcription; that the deposition

13    is a true record of the testimony given by the

14    witness; and that I am neither of counsel nor kin

15    to any party in said action, nor interested in the

16    outcome thereof.

17

18          WITNESS my hand and official seal this

19    18th day of JANUARY, 2016.

20

21

22

        _____

23        Alicia Fortin, Reporter

          Notary Public

24

25