**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

Randy Johnson, *on behalf of himself and others similarly situated*,

        Plaintiff,

        v.                                   Case No. 1:15-cv-00716-LJM-MJD

Navient Solutions, Inc.,
f/k/a Sallie Mae, Inc.

        Defendant.

### NOTICE OF CLASS ACTION SETTLEMENT

Randy Johnson and Navient Solutions, Inc. notify this Court that they have reached an agreement in principle to settle this matter. To that end, the parties respectfully request that this Court vacate all case deadlines, deny all pending motions as moot, and allow the parties thirty days to finalize their settlement agreement and for Mr. Johnson, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, to file his unopposed motion for preliminary approval of the class action settlement.

WHEREFORE, the parties respectfully request that this Court vacate all case deadlines, deny all pending motions as moot, and provide them with thirty days to finalize their class action settlement agreement and for Mr. Johnson to file his unopposed motion for preliminary approval of the class action settlement.

Date: November 15, 2016         Respectfully Submitted,

*/s/ Aaron D. Radbil*
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

*/s/ Lisa M. Simonetti*
Lisa M. Simonetti
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: (424) 204-7700 F: (424) 204-7702
lsimonetti@vedderprice.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed on November 15, 2016, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Aaron D. Radbil*
Aaron D. Radbil