UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON on behalf of himself and others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) NAVIENT SOLUTIONS, INC., ) ) Defendant. ) | No. 1:15-cv-00716-LJM-MJD |

### ORDER

The parties have notified the Court that they have reached a settlement in this matter and require additional time to file an unopposed motion for preliminary approval of class action settlement. Dkt. No. 151. Therefore, all case deadlines are hereby VACATED and all pending motions are DENIED as MOOT, with leave to re-file if the proposed settlement is not approved. Plaintiff Randy Johnson shall have 30 days from the date of this Order to file his unopposed motion for preliminary approval of class action settlement.

IT IS SO ORDERED this date: 11/16/2016.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distribution:

James L. Davidson
JDavidson@GDRLAWFIRM.com

Aaron David Radbil
GREENWALD DAVIDSON RADBIL PLLC
aradbil@gdrlawfirm.com

Jesse S. Johnson
GREENWALD DAVIDSON RADBIL PLLC
jjohnson@gdrlawfirm.com

Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
mgreenwald@gdrlawfirm.com

Ryan Scott Lee
LAW OFFICES OF RYAN LEE, PLLC
ryan@ryanleepllc.com

Lisa M. Simonetti
VEDDER PRICE LLP
lsimonetti@vedderprice.com

Andrew M. Barrios
VEDDER PRICE P.C.
abarrios@vedderprice.com

Bryan K. Clark
VEDDER PRICE P.C.
bclark@vedderprice.com

Jeanah Park
VEDDER PRICE P.C.
jpark@vedderprice.com

Daniel C. Green
VEDDER PRICE, P.C.
dgreen@vedderprice.com