IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC.,<br><br>　　　　Defendant. | Case No. 1:15-cv-0716 LJM-MJD |

**JOINT MOTION FOR EXTENSION OF TIME FOR FILING OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Randy Johnson ("Plaintiff") and defendant Navient Solutions, Inc. ("Defendant" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby present this Joint Motion for Extension of Time for Filing of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, and in support state as follows:

　　　1.　　On November 15, 2016, the Parties filed a Notice of Settlement (Dkt. No. 151).

　　　2.　　On November 16, 2016, the Court issued an Order (Dkt. No. 152) indicating that Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement shall be filed on or before December 16, 2016.

　　　3.　　The Parties are currently in the process of finalizing the settlement documents.

　　　4.　　Accordingly, the Parties request that the Court enter an order extending the deadline for filing Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement up to and including December 23, 2016.

　　　5.　　This request is not being made for the purposes of delay and or any vexatious purpose, but rather to ensure the Parties can finalize their settlement documents.

-2-

WHEREFORE, the Parties respectfully request the entry of an Order extending the deadline for Plaintiff to file his Unopposed Motion for Preliminary Approval of Class Action Settlement to December 23, 2016.

Dated:  December 14, 2016

    */s/ Aaron D. Radbil*
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
T:  (512) 322-3912
F:  (561) 961-5684
aradbil@gdrlawfirm.com

 */s/ Lisa M. Simonetti*
Lisa M. Simonetti
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
T:  (424) 204-7700
F:  (424) 204-7702
lsimonetti@vedderprice.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on December 14, 2016, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

          */s/ Lisa M. Simonetti*
          Lisa M. Simonetti