**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

RANDY JOHNSON, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

NAVIENT SOLUTIONS, INC., f/k/a SALLIE
MAE, INC.,

        Defendant.

Case No. 1:15-cv-0716 LJM-MJD

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR
FILING OF THE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT**

This cause coming to be heard on the Joint Motion for Extension of Time for Filing of

Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, due notice

having been given, and the Court advised of the premises, IT IS HEREBY ORDERED:

1.      The Joint Motion for Extension of Time for Filing of Plaintiff's Unopposed

Motion for Preliminary Approval of Class Action Settlement is granted;

2.      The deadline for Plaintiff to file his Unopposed Motion for Preliminary Approval

of Class Action Settlement is extended to December 23, 2016.

Entered:

Date: _____12/16/2016_____

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF