UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RANDY JOHNSON on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:15-cv-00716-LJM-MJD |
| vs. | ) ) | |
| NAVIENT SOLUTIONS, INC., | ) ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Plaintiff Randy Johnson, on behalf of himself and others similarly situated, has filed an Unopposed Motion to Certify Class and for Preliminary Approval of Class Action Settlement. Dkt. No. 155. Because the Motion seeks relief for non-parties, the Court sets a **Telephonic Status Conference on Wednesday, January 11, 2017, at 9:30 a.m.**, at which time the parties shall appear by counsel by calling the Court's Conference Bridge, **317-229-2960**. Multiple counsel representing the same party shall arrange to call into the Conference Bridge on a single line.

IT IS SO ORDERED this 3rd day of January, 2017.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF