UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>    Defendant. | No. 1:15-cv-00716-LJM-MJD |

### ENTRY & ORDER FOR WEDNESDAY, JANUARY 11, 2017

### THE HONORABLE LARRY J. McKINNEY, SENIOR JUDGE

  Plaintiff Randy Johnson, on behalf of himself and other similarly situated, appears by counsel, David Radbil and Michael Greenwald; Defendant Navient Solutions, Inc., appears by counsel Lisa Simonetti, for Telephonic Status Conference. Judith Bellinger is Court Reporter.

  The Court acknowledges receipt of the related case styled *Toure v. Navient Solutions, Inc.*, Cause No. 1:17-cv-00071-LJM-TAB, from the Northern District of Illinois. The parties are directed to file a motion for approval of class settlement in the new case and move in both cases for a single schedule to set a settlement fairness hearing. The Conference concludes without further order.

  IT IS SO ORDERED THIS 11th day of January, 2017.

Distribution attached.

                _____
                LARRY J. McKINNEY, JUDGE
                United States District Court
                Southern District of Indiana

Distribution:

James L. Davidson
JDavidson@GDRLAWFIRM.com

Aaron David Radbil
GREENWALD DAVIDSON RADBIL PLLC
aradbil@gdrlawfirm.com

Jesse S. Johnson
GREENWALD DAVIDSON RADBIL PLLC
jjohnson@gdrlawfirm.com

Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
mgreenwald@gdrlawfirm.com

Ryan Scott Lee
LAW OFFICES OF RYAN LEE, PLLC
ryan@ryanleepllc.com

Lisa M. Simonetti
VEDDER PRICE LLP
lsimonetti@vedderprice.com

Andrew M. Barrios
VEDDER PRICE P.C.
abarrios@vedderprice.com

Bryan K. Clark
VEDDER PRICE P.C.
bclark@vedderprice.com

Jeanah Park
VEDDER PRICE P.C.
jpark@vedderprice.com

Daniel C. Green
VEDDER PRICE, P.C.
dgreen@vedderprice.com