UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON on behalf of himself and others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) NAVIENT SOLUTIONS, INC., ) ) Defendant. ) | No. 1:15-cv-00716-LJM-MJD |

### ORDER

In light of the Court's Order preliminarily approving class certification and class settlement, the Final Pretrial Conference currently set for May 25, 2017; and the Jury Trial currently set for May 31, 2017, are hereby **VACATED**. They will be re-set if for any reason the final settlement is not approved.

IT IS SO ORDERED this 1st day of February, 2017.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distribution:

James L. Davidson
JDavidson@GDRLAWFIRM.com

Aaron David Radbil
GREENWALD DAVIDSON RADBIL PLLC
aradbil@gdrlawfirm.com

Jesse S. Johnson
GREENWALD DAVIDSON RADBIL PLLC
jjohnson@gdrlawfirm.com

Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
mgreenwald@gdrlawfirm.com

Ryan Scott Lee
LAW OFFICES OF RYAN LEE, PLLC
ryan@ryanleepllc.com

Lisa M. Simonetti
VEDDER PRICE LLP
lsimonetti@vedderprice.com

Andrew M. Barrios
VEDDER PRICE P.C.
abarrios@vedderprice.com

Bryan K. Clark
VEDDER PRICE P.C.
bclark@vedderprice.com

Jeanah Park
VEDDER PRICE P.C.
jpark@vedderprice.com

Daniel C. Green
VEDDER PRICE, P.C.
dgreen@vedderprice.com