UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RANDY JOHNSON, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 1:15-cv-00716-LJM-MJD |
| NAVIENT SOLUTIONS, INC., | ) ) | |
| Defendant. | ) | |
| SHELLY TOURE, *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 1:17-cv-00071-LJM-TAB |
| NAVIENT SOLUTIONS, INC., | ) ) | |

## ORDER

Plaintiffs in the above-reference actions, by counsel and with express permission, have filed a Notice of Withdrawal with Prejudice of Objections of Patrick Sweeney to Proposed Settlement. *Johnson*, 1:15-cv-00716-LJM-MJD, Dkt. No. 169; *Toure*, 1:17-cv-00071-LJM-TAB, Dkt. No. 42. The Objection to Proposed Settlement filed by Patrick Sweeney is hereby WITHDRAWN. The attachments to the Objection to Proposed Settlement, *Johnson*, 1:15-cv-00716-LJM-MJD, Dkt. Nos. 168-1 & 168-2; *Toure*, 1:17-cv-00071-LJM-TAB, Dkt. Nos. 41-1 & 41-2, shall be re-docketed as separate sealed filings.

IT IS SO ORDERED this 16th day of June, 2017.

Distribution attached.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Andrew M. Barrios
VEDDER PRICE P.C.
abarrios@vedderprice.com

Bryan K. Clark
VEDDER PRICE P.C.
bclark@vedderprice.com

James L. Davidson
JDavidson@GDRLAWFIRM.com

Daniel C. Green
VEDDER PRICE, P.C.
dgreen@vedderprice.com

Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
mgreenwald@gdrlawfirm.com

Jesse S. Johnson
GREENWALD DAVIDSON RADBIL PLLC
jjohnson@gdrlawfirm.com

Ryan Scott Lee
LAW OFFICES OF RYAN LEE, PLLC
ryan@ryanleepllc.com

Jeanah Park
VEDDER PRICE P.C.
jpark@vedderprice.com

Aaron David Radbil
GREENWALD DAVIDSON RADBIL PLLC
aradbil@gdrlawfirm.com

Lisa M. Simonetti
VEDDER PRICE LLP
lsimonetti@vedderprice.com

Adam Theodore Hill
Krohn & Moss, Ltd.
10 N. Dearborn Street, 3rd Floor
Chicago, IL 60602

Gregory Howard Moss
Krohn & Moss, Ltd.
10 N. Dearborn St.
3rd Floor
Chicago, IL 60602

Lisa Marie Simonetti
Vedder Price LLP
1925 Century Park East
Suite 1900
Los Angeles, CA 90067